## Morris, Nichols, Arsht & Tunnell llp

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware  19899-1347

———

(302) 658-9200
(302) 658-3989 FAX

**Jack B. Blumenfeld**
(302) 351-9291
(302) 425-3012 FAX
jblumenfeld@mnat.com

March 17, 2020

The Honorable Leonard P. Stark                                     *VIA ELECTRONIC FILING*
United States District Court
  for the District of Delaware
844 North King Street
Wilmington, DE 19801

      Re:    *DiStefano Patent Trust III, LLC v. LinkedIn Corporation.*
              C.A. No. 17-1798 (LPS) (CJB)

Dear Chief Judge Stark:

      We submit this status report in response to Your Honor's March 11, 2020 Order (D.I. 38).

LinkedIn's position

      The Federal Circuit affirmed this Court's dismissal and construed the Court's Judgment as applying to only the asserted claims of the patent-in-suit.  The Federal Circuit did not direct this Court to amend its judgment.  Additionally, the Judgment ultimately entered was submitted by the parties jointly for the Court's consideration.  *See* D.I. 30 and D.I. 30-1.  LinkedIn Corporation therefore believes that this case is complete and no further action of the Court is required.

DiStefano's position

      Per the attached order, the Federal Circuit construed the "district court's judgment as extending only to the asserted claims—i.e., claims 1, 4, 5, 8, and 10."  DiStefano asks that the district court amend the judgment to reflect that it is limited to the asserted claims.

                                          Respectfully,

                                          */s/ Jack B. Blumenfeld*

                                          Jack B. Blumenfeld (#1014)

JBB/bac
cc:    Clerk of the Court
        All Counsel of Record (via e-mail)