NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DISTEFANO PATENT TRUST III, LLC,**
*Plaintiff-Appellant*

v.

**LINKEDIN CORPORATION,**
*Defendant-Appellee*

---

2019-1210

---

Appeal from the United States District Court for the District of Delaware in No. 1:17-cv-01798-LPS-CJB, Chief Judge Leonard P. Stark.

---

**ON PETITION FOR PANEL REHEARING**

---

Before PROST, *Chief Judge,* DYK and WALLACH, *Circuit Judges.*

PER CURIAM.

**O R D E R**

The petition for panel rehearing is granted only for the limited purpose of clarifying the panel's decision. The panel construes the district court's judgment as extending

only to the asserted claims—i.e., claims 1, 4, 5, 8, and 10. The court's affirmance is based on this construction.[1]

FOR THE COURT

March 3, 2020　　　/s/ Peter R. Marksteiner
　　Date　　　　　　Peter R. Marksteiner
　　　　　　　　　　Clerk of Court

---

[1] The Unopposed Motion for Judicial Notice is granted.